**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| OPERATIVE PLASTERS' AND CEMENT MASONS' LOCAL UNION OFFICERS' AND EMPLOYEES' PENSION FUND, Derivatively on Behalf of STATE STREET CORPORATION, ) ) ) ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Case No. 1:12-cv-10767-GAO |
| JOSEPH L. HOOLEY, EDWARD J. RESCH, RONALD E. LOGUE, CHARLES R. LAMANTIA KENNETT F. BURNES, ROBERT E. WEISSMAN, DAVID P. GRUBER, RICHARD P. SERGEL, LINDA A. HILL, GREGORY L. SUMME, RONALD L. SKATES, AMELIA C. FAWCETT, PETER COYM, PATRICK DE SAINT-AIGNAN, ROBERT S. KAPLAN, PAMELA D. GORMLEY, MAUREEN J. MISKOVIC, TENLEY E. ALBRIGHT, NADER F. DAREHSHORI, ARTHUR L. GOLDSTEIN and DIANA CHAPMAN WALSH ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants, ) ) | |
| and ) ) | |
| STATE STREET CORPORATION, ) ) | |
| Nominal Defendant. ) ) | |

## NOTICE OF APPEARANCE

Pursuant to Local Rule 83.5.2(a), notice is hereby given of the appearances of Donald K. Stern and Anthony B. Fioravanti for defendants Patrick De Saint-Aignan and Robert S. Kaplan in the above matter.

Respectfully submitted,

/s/Anthony B. Fioravanti
_____

Donald K. Stern (BBO#479420)
    dstern@bizlit.com
Anthony B. Fioravanti (BBO#664823)
    afioravanti@bizlit.com
YURKO, SALVESEN & REMZ, P.C.
One Washington Mall, 11th Floor
Boston, MA 02108
(617) 723-6900

*Counsel for Patrick De Saint-Aignan and Robert S. Kaplan*

Dated: September 9, 2013


**CERTIFICATE OF SERVICE**

    I hereby certify that a true copy of the above document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants via first-class mail, postage prepaid, on September 9, 2013.

                                    /s/ Anthony B. Fioravanti